

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2015

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
David Wellington Chew, Judge Presiding

## O R D E R

    Appellant's motion for leave to file an amended brief is granted. The court will not grant leave for appellant to further supplement or amend his brief in the absence of a court order or extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court